FILED
2005 Nov-18  PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERTA BAILEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:03-cv-03419-JEO-UWC** |
| **AURORA HEALTHCARE,** ) | |
| **FAIRFIELD NURSING HOME** ) | |
| **and REHABILITATION** ) | |
| **CENTER, LLC,** ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Upon full consideration of the Magistrate Judge's Report and Recommendation ("R&R"), (Doc. 37), together with the objections of the Plaintiff, (Doc. 39), and the Defendants, (Doc. 38), the Court hereby ADOPTS and APPROVES the R&R in its entirety, as its own.  The parties' objections thereto, separately and severally, are hereby OVERRULED.

Done this 18th day of November, 2005.



U.W. Clemon
Chief United States District Judge